| | |
|---|---|
| Debtor 1  Carlos Antwyon Jones<br>Debtor 2<br>United States Bankruptcy Court for the Southern District of Mississippi<br>Case number 24-02781-JAW | ☐ Check if this is an amended notice. |

## Notice of Filing Chapter 13 Plan and Motions for Valuation and Lien Avoidance

The above-named Debtor(s) has filed a *Chapter 13 Plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above-referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Thad Cochran US Courthouse, 501 E. Court St, Ste 2.300, Jackson, MS 39201 on or before 02/17/2025. Copies of the objection must be served on the Trustee, US Trustee, Debtor(s), and Attorney for Debtor(s).

Objections to confirmation will be heard and confirmation determined on 02/24/2025 at 10:00 AM in the Thad Cochran, U.S. Courthouse, Bankruptcy Courtroom 4C, 501 E Court St, Jackson, MS 39201, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

/s/ Allison W. Killebrew_____                Dated: December 05, 2024
G. Adam Sanford, MSB No. 103482
Allison W. Killebrew, MSB No. 102431
McRANEY SANFORD KILLEBREW, PLLC
P O Drawer 1397
Clinton, MS 39060
601-924-5961
adam@mcraneymcraney.com
allison@mcraneymcraney.com