## **CERTIFICATE OF SERVICE**

I, Allison W. Killebrew, attorney for Debtor(s), do hereby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following parties to be served electronically via ECF:

Torri Parker Martin, Chapter 13 Trustee
Office of the U.S. Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by U.S. Mail, postage prepaid,[1] to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

OneMain Financial
CT CORPORATION SYSTEM
645 Lakeland East Dr., Ste 101
Flowood, MS 39232

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by U.S. Mail, postage pre-paid, to all other parties listed on the attached master mailing list (matrix).

/s/ Allison W. Killebrew            Dated: December 5, 2024
G. Adam Sanford, MSB No. 103482
Allison W. Killebrew, MSB No. 102431
McRANEY SANFORD KILLEBREW, PLLC
P.O. Drawer 1397
Clinton, MS 39060
Phone: (601) 924-5961
Fax: (601) 924-1516
adam@mcraneymcraney.com
allison@mcraneymcraney.com

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.