| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 24-02781-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Mon Dec  2 16:57:15 CST 2024 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 |
| BankPlus<br>Attn: Legal Department<br>1068 Highland Colony<br>Ridgeland, MS 39157-8807 | Community Choice Fin<br>c/o Corp Service Co<br>109 Executive Dr, #3<br>Madison, MS 39110-8497 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 |
| E. Charlene Priester<br>5375 Executive Place<br>Jackson, MS 39206-4102 | First American Bank<br>700 Busse Road<br>Elk Grove Village, IL 60007-2133 | First Premier Bank<br>500 S Minnesota Ave<br>Sioux Falls, SD 57104-6818 |
| JXN Water<br>PO Box 4505<br>Jackson, MS 39296-4505 | Keep the Faith<br>P.O. Box 654<br>Bolton, MS 39041-0654 | MDES<br>PO Box 1699<br>Jackson, MS 39215-1699 |
| MS Title Loans, LLC<br>c/o CT Corp System<br>645 Lakeland E Dr, #10<br>Flowood, MS 39232-9099 | Mariner Finance, LLC<br>c/o Corp Service Co<br>109 Executive Dr, #3<br>Madison, MS 39110-8497 | McCalla Raymer Leibert<br>1022 Highland Col Pkwy<br>Suite 304<br>Ridgeland, MS 39157-2049 |
| Mountain Laurel Assura<br>PO Box 105428<br>Atlanta, GA 30348-5428 | Nationwide Cassel<br>c/o Stone, Higgs Drex<br>150 Court Ave<br>Memphis, TN 38103-2212 | One Main Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| PHH Mortgage Services<br>1 Mortgage Way<br>Mail Stop SVCF<br>Mount Laurel, NJ 08054-4637 | Residential Credit Sol<br>PO Box 163229<br>Fort Worth, TX 76161-3229 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Allison W. Killebrew<br>McRaney Sanford Killebrew, PLLC<br>PO Drawer 1397<br>Clinton, MS 39060-1397 | Carlos Antwyon Jones<br>5812 Concord Drive<br>Jackson, MS 39211-3113 | Torri Parker Martin<br>Torri Parker Martin, Chapter 13 Bankrupt<br>200 North Congress Street<br>Suite 400<br>39201<br>Jackson, MS 39201-1902 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions
294 Union St
Hackensack, NJ 07601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First American Bank

End of Label Matrix
Mailable recipients  23
Bypassed recipients   1
Total                24