

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: June 3, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13:

CARLOS ANTWYON JONES                                          24-02781-JAW
5812 CONCORD DRIVE
JACKSON, MS 39211

### ORDER DISMISSING CASE

**THIS MATTER** came before the Court previously and an Order was entered (**Docket #39**) requiring the Debtor to not become more than sixty days delinquent. The Debtor is currently more than sixty days delinquent in plan payments to the Trustee. Thus, having considered the matter, the Court finds the case should be dismissed.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the bankruptcy petition filed by **CARLOS ANTWYON JONES** is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

SEMOUNE ELLIS, MSB #105303
STAFF ATTY FOR
TORRI PARKER MARTIN, MSB #103938
STANDING CHAPTER 13 TRUSTEE
200 NORTH CONGRESS STREET, SUITE 400
JACKSON, MS 39201-1902
OFC: (601) 981-9100
FAX: (601) 981-1983
tpm@tpmartinch13.com