Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.: 24−02781−JAW
Chapter: 13

In re:
   Carlos Antwyon Jones
   5812 Concord Drive
   Jackson, MS 39211

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−9014

Employer Tax Identification No(s). (if any):

### **Notice of Dismissal**

You are hereby notified that an Order Dismissing the above case was entered on June 3, 2025.

Dated: 6/3/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600